**8027**

Succession of Georgiana

No. 8 0 2 7 .

Bourgeois.

—Court of Appeal—
Parish of Orleans.

Dinkelspiel. J.

**8027**

Dinkelspiel. J.

The opposition in this succession to the provisional account
filed by the administrator of the Succession, is on a claim of
Mrs. Tinnie Knight, who claims that she is a creditor of the
said succession in the full sum of $350. with legal interest
from the 10th. of January, 1918 until paid,/for services ren-
dered during the illness of deceased until the date of her
death which opponent estimates conservatively at $350., and
*hhat she has not been placed on said account for the amount
of her claim.

The answer is a general denial, and further, that when a
demand was made by opponent she claimed a note of $435. dated
25th. April, 1915, signed by Henry Bergeron to the order of
Mrs. Georgiana Bourgeois, held by her the said opponent. and
claimed to have been transferred to her by the deceased for
the services which she now sets up in her opposition, and
respondent further shows, that opponent cannot claim the note
which she has kept and also payment for services set up in
her opposition, and therefore prays that the claim be dis-
missed and for judgment in favor of the succession.
The trial Judge saw and heard the opponent, and made the oppos
-ition absolute in these words:-
" Mrs. Tinnie Knight placed on the final account of the admin-
istrator of the Succession of Mrs. Georgiana Bourgeois for the
sum of $350. which she claims for board, lodging and services
rendered during the illnes of deceased and previous to her death.
'The answer claims that the opponent holds a note for the sum of
$435., dated 25th. April, 1915, signed by Mr. Henry Bergeron to
the order of Mrs. Georgiana Bourgeois, and held by Mrs. Deris,
claiming that the said note was transferred to her by Mrs. Bour-
geois for the full services which she now sets up in her oppos-
ition, and for which she claims the sum of $350.

" There is no proof to off set her claim in any way shape or
form. The only question involved is whether or not she holds
the note for $425 which was given her in settlement for the

very services for which she now claims the sum of $350.

" My opinion is, that the testimony given by the opponent herself, that the note was held by her, from her testimony she does not claim title to the note. The question, whether or not the, the Note belongs to her will be properly settled in a seperate proceeding, and for that reason, the law and the evidence being in favor of the opponent and against the administrator."

His Honor saw and heard the witness in this case; there was no testimony contrary to hers, and he decided the o-a case correctly, in our opinion.

For the reasons assigned, it is ordered, adjudged and decreed, that the judgment of the lower Court be, and is hereby affirmed, with costs of both Court against the succession.

-Judgment Affirmed-